| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　　　　　　　　　　　**04/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**　　　　　　S.A. Specialties San Antonio, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**　　2 7 – 5 0 1 8 9 2 1

4. **Debtor's address**　　**Principal place of business**　　　　**Mailing address, if different from principal place of business**

   **9035D Aero Drive**
   Number　Street　　　　　　　　　　　　　　　　　Number　Street

   　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box

   **San Antonio**　　　**TX**　**78217**
   City　　　　　　　State　ZIP Code　　　　　　　City　　　　　　State　ZIP Code

   **Bexar**　　　　　　　　　　　　　　　　　　　　**Location of principal assets, if different from principal place of business**
   County

   　　　　　　　　　　　　　　　　　　　　　　　　Number　Street

   　　　　　　　　　　　　　　　　　　　　　　　　City　　　　　　State　ZIP Code

5. **Debtor's website (URL)**　　**www.saspecialties.com**

6. **Type of debtor**　　☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   　　　　　　　　　☐ Partnership (excluding LLP)
   　　　　　　　　　☐ Other. Specify: _____

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 1

Debtor **S.A. Specialties San Antonio, LLC**  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
  - MM / DD / YYYY
- District _____ When _____ Case number _____
  - MM / DD / YYYY
- District _____ When _____ Case number _____
  - MM / DD / YYYY

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor **S.A. Specialties San Antonio, LLC**     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____
                                       MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____
                                       MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number      Street

_____
City            State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor **S.A. Specialties San Antonio, LLC**  Case number (if known) _____

| 14. Estimated number of creditors | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. Estimated assets | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/01/2019**
MM / DD / YYYY

X **/s/ Jason A. Roberds**        **Jason A. Roberds**
Signature of authorized representative of debtor        Printed name

Title **Managing Member**

18. **Signature of attorney**

X **/s/ William R. Davis, Jr./David S. Gragg**        Date **10/01/2019**
Signature of attorney for debtor        MM / DD / YYYY

**William R. Davis, Jr./David S. Gragg**
Printed name

**Langley & Banack, Inc.**
Firm name

**745 E Mulberry Ave.**
Number    Street

**Suite 700**

**San Antonio**        **TX**    **78212**
City        State    ZIP Code

**(210) 736-6600**        **wrdavis@langleybanack.com**
Contact phone        Email address

**05565500/08253300**        **TX**
Bar number        State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **S.A. Specialties San Antonio, LLC**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................... | **$13,283.00** |
| Prior to the filing of this statement I have received......................................... | **$13,283.00** |
| Balance Due..................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

    ☒ Debtor　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☒ Debtor　　　　☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

|  | CERTIFICATION |
|---|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/01/2019** | **/s/ William R. Davis, Jr./David S. Gragg** | |
|---|---|---|
| *Date* | *William R. Davis, Jr./David S. Gragg* | Bar No. 05565500/08253300 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 700 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

　/s/ Jason A. Roberds

*Jason A. Roberds*
*Managing Member*

| **Fill in this information to identify the case:** | | |
|---|---|---|
| Debtor name | S.A. Specialties San Antonio, LLC | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Insco Distributing, Inc. 12501 Network Blvd. San Antonio, TX 78249 | | Goods | | | | $320,042.00 |
| 2 | San Antonio Television c/o Thomas L. Kolker Greenstein & Kolker 1006 E. Cesar Chavez, St. Austin, TX 78702-4208 | | Advertising/Judgment (State Court) | | | | $180,000.00 |
| 3 | Century Supply P.O. Box 301290 Dallas, TX 75303-1290 | | Goods | | | | $122,002.00 |
| 4 | Standard Supply & Distributing Co., Inc. P.O. Box 540368 Dallas, TX 75354-0368 | | Default Judgment | | | | $80,000.00 |
| 5 | KABB Fox 29 P.O. Box 206270 Dallas, TX 75320-6270 | | Advertising | | | | $75,000.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  **S.A. Specialties San Antonio, LLC**　　　　　　　Case number (if known) ＿＿＿＿＿＿＿＿
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Baker Cypress 5.5 Ltd. c/o Bearden Mgmnt. Inc. 223 Hull Lane Sugerland, TX  77498 | | Rent | | | | $69,223.00 |
| 7  KPRC TV Channel 2 P.O. Box 934721 Atlanta, GA  31193-4721 | | Advertising | | | | $57,900.00 |
| 8  KENS 5 Dept. 70042 P.O. Box 860919 Dallas, TX  75268 | | Advertising | | | | $29,555.86 |
| 9  ABC 13 Houston KTRK P.O. Box 732384 Dallas, TX  75373-2384 | | Advertising | | | | $28,052.00 |
| 10  Security Service FCU P.O. Box 691550 San Antonio, TX  78269-1550 | | Credit card purchases | | | | $27,868.00 |
| 11  KRIV 3733 Collection Center Drive Chicago, IL  60693 | | Advertising | | | | $27,557.00 |
| 12  Humana Health Plan of TX P.O. Box 0783 Carol Stream, IL  60132-0783 | | Health insurance (prior policy) | | | | $26,897.00 |
| 13  Comptroller of Public Accounts PO Box 149355 Austin, Texas 78714 | | Franchise taxes | | | | $20,523.78 |

Official Form 204　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　page 2

Debtor **S.A. Specialties San Antonio, LLC**  
　　　　Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Moore Supply Co. 5919 West Campus Dr. San Antonio, TX  78247 | | Goods | | | | $19,274.00 |
| 15 Trane Company P.O. Box 848343 Dallas, TX  75284-8343 | | Goods and services | | | | $10,000.00 |
| 16 KSAT 12 P.O. Box 951519 Dallas, TX  75395-1519 | | Advertising | | | | $7,027.00 |
| 17 Cintas Corporation P.O. Box 88005 Chicago, IL  60680-1005 | | Services | | | | $2,284.00 |
| 18 Americrane Rentals, LP P.O. Box 700807 San Antonio, TX  78270 | | Services | | | | $2,253.00 |
| 19 Service Partners 841 Great Southwets Pkwy. Arlington, TX  76011 | | Services | | | | $2,180.00 |

Official Form 204　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　page 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **S.A. Specialties San Antonio, LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/1/2019                   Signature  /s/ Jason A. Roberds
                                              *Jason A. Roberds*
                                              *Managing Member*

Date _____      Signature _____

ABC 13 Houston KTRK
P.O. Box 732384
Dallas, TX 75373-2384


Americrane Rentals, LP
P.O. Box 700807
San Antonio, TX 78270


Baker Cypress 5.5 Ltd.
c/o Bearden Mgmnt. Inc.
223 Hull Lane
Sugerland, TX 77498


Century Supply
P.O. Box 301290
Dallas, TX 75303-1290


Cintas Corporation
P.O. Box 88005
Chicago, IL 60680-1005


Comptroller of Public Accounts
PO Box 149355
Austin, Texas 78714


Ford Credit
P.O. Box 650575
Dallas, TX 75265-0575


GMAC
P.O. Box 9001951
Louisville, KY 40290-1951


Humana Health Plan of TX
P.O. Box 0783
Carol Stream, IL 60132-0783

```
Insco Distributing, Inc.
12501 Network Blvd.
San Antonio, TX  78249



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346



James A. Muela
Bell Nunnally & Martin, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX  75201


Jason A. Roberds
907 Montana Meadows
San Antonio, TX  78258



KABB Fox 29
P.O. Box 206270
Dallas, TX  75320-6270



KENS 5
Dept. 70042
P.O. Box 860919
Dallas, TX  75268


KPRC TV Channel 2
P.O. Box 934721
Atlanta, GA  31193-4721



KRIV
3733 Collection Center Drive
Chicago, IL  60693



KSAT 12
P.O. Box 951519
Dallas, TX  75395-1519
```

```
Moore Supply Co.
5919 West Campus Dr.
San Antonio, TX  78247



Penny K. Habbeshaw
Einstein & Habbeshaw, PC
The Colonnade, Suite 800
9901 IH 10 West
San Antonio, TX  78230

Rose  Roberds
9035D Aero Drive
San Antonio, TX  78217



San Antonio Television
c/o Thomas L. Kolker
Greenstein & Kolker
1006 E. Cesar Chavez, St.
Austin, TX  78702-4208

Security Service FCU
P.O. Box 691550
San Antonio, TX  78269-1550



Service Partners
841 Great Southwets Pkwy.
Arlington, TX  76011



Standard Supply & Distributing Co., Inc.
P.O. Box 540368
Dallas, TX  75354-0368



The Hearst Corporation
c/o Matthew Greenfield
300 West 57th St., 40th Floor
New York, NY  10019


Thomas J. Perry
Hutt & Shimanowitz, PC
459 Amboy Avenue
P.O. Box 648
Woodbridge, NJ  07095
```

Trane Company
P.O. Box 848343
Dallas, TX  75284-8343


United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512


United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC  20530-0001