UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
San Antonio DIVISION

IN RE: §
SA Specialties § CASE NO. 19-52405-CAG
§ CHAPTER 11
§
DEBTOR §

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING 7/1/2020 to 8-17-2020

1. ____Quarterly or _X_ Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3)    $ 189,012.69
   B. Disbursements not under the plan                          $ 1,478,661.45
          Total Disbursements                                    $ 1,667,674.14

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?        X Yes ___ No
4. Are Plan payments being made as required under the Plan?   X Yes ___ No
5. If "No", what Plan payments have not been made and why?
   Please explain: _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 07/01/20 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   None

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A. If this is a final report, has an application for Final Decree been submitted?
       _X_ Yes Date application was submitted 07/23/20
       ___ No Date when application will be submitted _____

    B. Estimated Date of Final Payment Under Plan Completed 7/1/2030

    | INITIALS ____ |
    | DATE ____ |
    | UST USE ONLY |

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

    SIGNED: Jason Roberds                    DATE: 08/28/20
            (PRINT NAME)

IN RE: SA Specialties § CASE NO. 19-52405-CAG

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 338,552.02 | 338,552.02 |
| RECEIPTS | 1,624,726.31 | 1,624,726.31 |
| DISBURSEMENTS | | |
| NET PAYROLL | 416,954.95 | 416,954.95 |
| PAYROLL TAXES PAID | 22,842.37 | 22,842.37 |
| SECURED/RENTAL/LEASES | 14,012.10 | 14,012.10 |
| UTILITIES | 847.14 | 847.14 |
| INSURANCE | 40,650.24 | 40,650.24 |
| INVENTORY PURCHASES | 33,698.32 | 33,698.22 |
| VEHICLE EXPENSES | 14,416.21 | 14,416.21 |
| TRAVEL & ENTERTAINMENT | 636.14 | 636.14 |
| REPAIRS, MAINTENANCE & SUPPLIES | 4,874.91 | 4,874.91 |
| ADMINISTRATIVE & SELLING | 767,284.02 | 767,033.37 |
| OTHER (attach list) | 162,445.05 | 162,445.05 |
| PLAN PAYMENTS (report page 1 and itemize on page 3) | 189,012.69 | 189,012.69 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 1,667,674.14 | 1,667,674.14 |
| NET CASH FLOW | -42,947.83 | -42,947.83 |
| CASH-END OF QUARTER | 295,604.19 | 295,604.19 |

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
QUARTER ENDING 7/1/2020 to 8-17-2020

| | Month/Year | Month/Year | Month/Year | Total |
|---|---|---|---|---|
| Bank Balance | 338,552.02 | 372,765.07 | | 711,317.09 |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | 372,765.07 | 295,604.19 | | 668,369.26 |
| Beginning Cash-Per Books | 366,197.46 | 400,410.51 | | 766,607.97 |
| Receipts | 1,118,815.60 | 505,910.71 | | 1,624,726.31 |
| Transfers Between Accounts | 242,292.02 | 119,984.96 | | 362,276.98 |
| Checks/Other Disbursements | 842,310.53 | 463086.63 | | 1,305,397.16 |
| Ending Cash-Per Books | 400,410.51 | 323,249.63 | | 723,660.14 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year | Month/Year | Month/Year | Total |
|---|---|---|---|---|
| Beginning Cash | 338,552.02 | 372,765.07 | | |
| Total Receipts | 1,118,815.60 | 505,910.71 | | 1,624,726.31 |
| Total Disbursements | 1,084,602.55 | 583,071.59 | | 1,667,674.14 |
| Ending Cash | 372,765.07 | 295,604.19 | | |

2

IN RE:

**SA Specialties**

DEBTOR

CASE NO. 19-52405-CAG

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| American Rental(10%) | 7 | Complete | 225.30 | 225.30 |
| Trane (10%) | 7 | Complete | 1,000.00 | 1,000.00 |
| Service Partners(10%) | 7 | Complete | 789.78 | 789.78 |
| Cintas(10%) | 7 | Complete | 1,046.32 | 1,046.32 |
| Moore Supply(10%) | 7 | Complete | 1,603.60 | 1,603.60 |
| Humana Health(10%) | 7 | Complete | 2,689.70 | 2,689.70 |
| KRIV(10%) | 7 | Complete | 2,755.70 | 2,755.70 |
| SSFCU(10%) | 7 | Complete | 2,781.58 | 2,781.58 |
| ABC 13 Houston(10%) | 7 | Complete | 2,805.20 | 2,805.20 |
| United Health Care(10%) | 7 | Complete | 3,746.14 | 3,746.14 |
| KPRC Channel 2(10%) | 7 | Complete | 5,790.00 | 5,790.00 |
| SA Television(10%) | 7 | Complete | 18,000.00 | 18,000.00 |
| Hearst | 7 | 11/2020 | 100,000.00 | 100,000.00 |
| KENS TV (25%) | 7 | 2/2021 | 615.75 | 615.75 |
| Century Supply (25%) | 7 | 2/2021 | 1,360.75 | 1,360.75 |
| Standard Supply | 7 | 2/2021 | 1,666.68 | 1,666.68 |
| Barker Cypress | 7 | 2/2021 | 5,088.66 | 5,088.66 |
| Insco | 7 | 2/2021 | 9,602.10 | 9,602.10 |
| IRS | 3 | 9/2020 | 12,554.80 | 12,554.80 |
| Ally | 2 | 9/2020 | 14,890.63 | 14,890.63 |
| TOTAL PLAN PAYMENTS: (report on page 1 and page 2) | | | 189,012.69 | 189,012.69 |